United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 14-17633-mdc
Tracey M. Williams                                                                        Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 1          Date Rcvd: Apr 21, 2017
                              Form ID: pdf900             Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 23, 2017.
db              +Tracey M. Williams,    4 Concord Place,    Hatboro, PA 19040-2030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr               E-mail/Text: bankruptcy.bnc@ditech.com Apr 21 2017 17:04:58      Green Tree Servicing LLC,
                  PO Box 0049,    Palatine, IL  60055-0049
                                                                                  TOTAL: 1


              ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2017                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 21, 2017 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS    on behalf of Creditor   Ditech Financial LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          CAROL B. MCCULLOUGH    on behalf of Debtor Tracey M. Williams mcculloughheisenberg@gmail.com,
           G25217@notify.cincompass.com
          KEVIN S. FRANKEL    on behalf of Creditor   Ditech Financial LLC FKA Green Tree Servicing LLC
           pa-bk@logs.com
          LEEANE O. HUGGINS    on behalf of Creditor   Green Tree Servicing LLC as servicer for EverBank
           pabk@logs.com
          LEEANE O. HUGGINS    on behalf of Creditor   Ditech Financial LLC FKA Green Tree Servicing LLC
           pabk@logs.com
          LEEANE O. HUGGINS    on behalf of Creditor   Green Tree Servicing LLC pabk@logs.com
          PETER J. ASHCROFT    on behalf of Creditor   Green Tree Servicing LLC pashcroft@bernsteinlaw.com,
           pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
           rive.com
          THOMAS I. PULEO    on behalf of Creditor   Ditech Financial LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                  TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>TRACEY M. WILLIAMS,<br><br>       Debtor, | Bankruptcy No. 14-17633-mdc<br><br>Chapter 13<br><br>Doc. No. |
|---|---|

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of

Replacement Proof of Claim **(Doc. #6-2)** filed by **Green Tree Servicing, LLC**;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) **(No.**

**6-2)** fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1.    This Motion is **GRANTED**.

2.    The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Claim No. 6-2 on the**

**Claims Register forthwith**.

**Green Tree Servicing, LLC** shall  file redacted copies of the document(s) identified in

Paragraph 2 above **on or before** May 5, 2017           .

Dated:   April 21, 2017

BY THE COURT:

_____
Hon. Magdeline D. Coleman
U.S. Bankruptcy Court Judge