# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 14-17633-MDC

TRACEY M. WILLIAMS

4 CONCORD PLACE

HATBORO, PA 19040

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TRACEY M. WILLIAMS

    4 CONCORD PLACE

    HATBORO, PA 19040

Counsel for debtor(s), by electronic notice only.

    CAROL B MCCULLOUGH
    65 W STREET RD
    SUITE A-204
    WARMINISTER, PA 18974-

                                         /S/ William C. Miller

Date: 7/7/2017                              _____

                                          William C. Miller, Esquire
                                          Chapter 13 Standing Trustee