United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 14-17633-mdc
Tracey M. Williams                                                              Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: PaulP            Page 1 of 2            Date Rcvd: Aug 25, 2017
                             Form ID: pdf900        Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2017.
```
db             +Tracey M. Williams,    4 Concord Place,    Hatboro, PA 19040-2030
cr             +Ditech Financial LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
13401779       +American Education Service,    Harrisburg, PA 17130-0001
13896886       +Brian C. Nicholas, Esquire,    Thomas Puleo, Esquire,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13398733        CACH, LLC,    PO Box 10587,   Greenville, SC 29603-0587
13401780       +Capital One Bank,    P.O. Box 70884,    Charlotte, NC 28272-0884
13401781       +Comenity Bank,    P.O. Box 182789,    Columbus, CO 43218-2789
13774067        ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
13401783       +Ever Bank,    C/O Shaprio & DeNardo,    3600 Horizon Drive,    King Of Prussia, PA 19406-4702
13401784       +Ford Motor Credit Company,    C/O Lloyd Markind, Esquire,    102 Browning Lane,
                Cherry Hill, NJ 08003-3195
13436445       +Green Tree Servicing, LLC,    P.O. Box 44265,    Jacksonville, FL 32231-4265
13401785       +I C Systems,    Po Box 64378,    Saint Paul, MN 55164-0378
13485497       +McCullough Eisenberg, LLC.,    65 West Street Road,    Suite A-204,    Warminster, PA 18974-3229
13401787       +Medical Data Systems Inc,    645 Walnut Street,    Gadsden, AL 35901-4173
13401790       +Ntl Recovery Agency,    4201 Crums Mill Road,    Harrisburg, PA 17112-2893
13424745       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
13401791       +Receivable Management Service,    77 Hartland Street, Suite 401,    East Hartford, CT 06108-3253
13401793       +Stonybrook Condominium Association,    1158 North York Road,    Warminster, PA 18974-2018
13401795       +Xerox State And Local So,    Po Box 41818,    Philadelphia, PA 19101-1818
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Aug 26 2017 01:42:16      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 26 2017 01:42:14      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Aug 26 2017 01:41:30
                Ditech Financial LLC FKA Green Tree Servicing LLC,    PO Box 0049,    Palatine, IL 60055-0001
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Aug 26 2017 01:41:30      Green Tree Servicing LLC,
                PO Box 0049,    Palatine, IL  60055-0049
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 26 2017 01:44:59
                PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
13401782       +E-mail/Text: bk@concordservicing.com Aug 26 2017 01:41:32      Concord Servicing,    Po Box 29352,
                Phoenix, AZ 85038-9352
13576870        E-mail/Text: bankruptcy.bnc@ditech.com Aug 26 2017 01:41:30      Green Tree Servicing LLC,
                PO Box 0049,    Palatine, IL  60055-0049
13401786        E-mail/Text: cio.bncmail@irs.gov Aug 26 2017 01:41:26      Internal Revenue Service,
                PO Box 105404,    Atlanta, GA   30348
13458450        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 26 2017 01:42:09      Jefferson Capital Systems LLC,
                Po Box 7999,    Saint Cloud Mn 56302-9617
13460780        E-mail/Text: bkr@cardworks.com Aug 26 2017 01:41:21     MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13401789       +E-mail/Text: bkr@cardworks.com Aug 26 2017 01:41:21      Merrick Bank,    Po Box 9201,
                Old Bethpage, NY 11804-9001
13401788       +E-mail/Text: bkr@cardworks.com Aug 26 2017 01:41:21      Merrick Bank,    Po Box 30537,
                Tampa, FL 33630-3537
13475559        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 26 2017 01:44:44
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13427910        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 26 2017 01:41:34
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA 17128-0946
13431773        E-mail/Text: bnc-quantum@quantum3group.com Aug 26 2017 01:41:32
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13401792        E-mail/PDF: cbp@onemainfinancial.com Aug 26 2017 01:38:38      Springleaf Financial Services,
                601 Nw 2nd Street,    Evansville, IN  47708
13401794        E-mail/PDF: gecsedi@recoverycorp.com Aug 26 2017 01:38:37      Sync-Walmart,    Po Box 965024,
                El Paso, TX  79998
                                                                                               TOTAL: 17
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
cr*             CACH, LLC,    PO Box 10587,   Greenville, SC  29603-0587
cr*             ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
13413621*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
                (address filed with court:   IRS,    PO BOX 21126,    PHILA PA 19114)
                                                                                            TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0313-2          User: PaulP              Page 2 of 2              Date Rcvd: Aug 25, 2017
                              Form ID: pdf900          Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2017 at the address(es) listed below:

```
          BRIAN CRAIG NICHOLAS    on behalf of Creditor   Ditech Financial LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          CAROL B. MCCULLOUGH    on behalf of Debtor Tracey M. Williams mcculloughheisenberg@gmail.com,
           G25217@notify.cincompass.com
          KEVIN S. FRANKEL    on behalf of Creditor   Ditech Financial LLC FKA Green Tree Servicing LLC
           pa-bk@logs.com
          LEEANE O. HUGGINS    on behalf of Creditor   Green Tree Servicing LLC as servicer for EverBank
           pabk@logs.com
          LEEANE O. HUGGINS    on behalf of Creditor   Ditech Financial LLC FKA Green Tree Servicing LLC
           pabk@logs.com
          LEEANE O. HUGGINS    on behalf of Creditor   Green Tree Servicing LLC pabk@logs.com
          PETER J. ASHCROFT    on behalf of Creditor   Green Tree Servicing LLC pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          THOMAS I. PULEO    on behalf of Creditor   Ditech Financial LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 10
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TRACEY M. WILLIAMS                                    Chapter 13

                Debtor            Bankruptcy No. 14-17633-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this ___24th___ day of ___August___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CAROL B MCCULLOUGH
65 W STREET RD
SUITE A-204
WARMINSTER, PA 18974-

Debtor:
TRACEY M. WILLIAMS

4 CONCORD PLACE

HATBORO, PA 19040